

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-15-00210-CV

Trial Court Cause
Number:      2014-22168

Style:      Francisco Calleja-Ahedo

     v. Compass Bank

Date motion filed*:      September 5, 2019

Type of motion:      Motion to File Reply Brief

Party filing motion:      Appellant

Document to be filed:      Reply Brief

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

     ☒   Granted

         If document is to be filed, document due:  September 13, 2019

         ☒ The Court will not grant additional motions to extend time

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: Evelyn V. Keyes
         ☒ Acting individually     ☐ Acting for the Court

Date:  September 10, 2019